

NUMBER 13-13-00584-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**In the Estate of Robert W. Featherstone, Deceased**

**On appeal from the County Court at Law No. 1
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justices Valdez and Justices Benavides and Longoria
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a temporary injunction entered by the County Court at Law No. 1 of Cameron County, Texas in cause number 2013-CPC-181. Appellant has filed an unopposed motion to dismiss the appeal on the grounds that the parties have reached an agreement to compromise and settle their differences in the pending suit. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See*

TEX. R. APP. P. 42.1(a)(1). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of December, 2013.